**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01513-CV

## REBECCA POTTER, INDIVIDUALLY AND AS NEXT FRIEND OF AUSTYN VASQUEZ, A MINOR, AND RICHARD POTTER, Appellant

### V.

## HP TEXAS 1 LLC D/B/A HPA TX LLC, ET AL., Appellees

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1376**

## ORDER

Before the Court is appellee Coats Group Real Estate Co. d/b/a CGC Construction's May 16, 2019 second motion for extension of time to file brief tendered. We **GRANT** the motion and **ORDER** the brief received May 16, 2019 filed as of the date of this order.

/s/      ERIN A. NOWELL
             JUSTICE